David A. CARROLL, Appellant,

v.

The STATE of Texas, Appellee.

No. 29414.

Court of Criminal Appeals of Texas.

Jan. 8, 1958.

Rehearing Denied Feb. 19, 1958.

H. R. Rolston, Lufkin, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is driving while intoxicated; the punishment, ten days in jail and a fine of $50.

No statement of facts or bills of exception accompany the record.

Appellant's contention that he was tried while the court was not in session cannot be sustained. A supplemental transcript has been filed which shows that the County Court of Trinity County was in session at the time his trial was held.

All proceedings appearing regular and no reversible error appearing, the judgment of the trial court is affirmed.

On Appellant's Motion for Rehearing

DAVIDSON, Judge.

Appellant calls our attention to the fact that a bill of exception evidencing his complaint as to argument of state's counsel does accompany the record.

There being no statement of facts in the case, we are unable to appraise this bill of exception.

When we said in our original opinion that there were no bills of exception in the record we intended to say that in the absence of a statement of facts there were no bills of exception which might be considered.

Appellant's motion for rehearing is overruled.